

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00363-CR

Steven P. **CHERRY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR6408
Honorable Sid L. Harle, Judge Presiding

# O R D E R

On June 6, 2018, this court ordered counsel for appellant to show cause why this appeal should not be dismissed for want of jurisdiction. Appellant's counsel filed a timely response on June 21, 2018, stating the Court of Criminal Appeals has granted appellant habeas relief to file an out-of-time appeal. To support the response's allegations regarding this court's jurisdiction, appellant also filed a motion to supplement the clerk's record. Although the motion to supplement the clerk's record contains a list of filings to be included in a supplemental clerk's record, the motion does not indicate whether appellant served the trial court clerk with a copy of the motion.

We **grant** appellant's motion to supplement the clerk's record and **order** the trial court clerk, Bexar County District Clerk Donna Kay McKinney, to file a supplemental clerk's record containing the requested filings by July 20, 2018. We further **order** the clerk of this court, when notifying the parties and the district court clerk of this order, to send the trial court clerk a copy of appellant's motion to supplement the record, which motion contains the filings to be included in the supplemental clerk's record.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.



KEITH E. HOTTLE,
Clerk of Court